UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jennifer A. Blommer, | Civil No. 10-844 (DWF/JJG) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Michael Astrue, Commissioner of the Social Security Administration, | |
| Defendant. | |

Jonathan A. Abbott, Esq., counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff Jennifer A. Blommer's Motion for Remand for Consideration of New Evidence (Doc. No. [19]) is **DENIED**.

Dated: February 8, 2011         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge